APPOLLONIA WARTH, Appellant, *v.* MAX GREIF et al., Individually and as Surviving Partners of the Firm of L. GREIF AND BRO., Respondents.

*Warth* v. *Greif*, 121 App. Div. 434, affirmed.
(Argued November 17, 1908; decided December 1, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 11, 1907, affirming a judgment for nominal damages in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover for an alleged breach of contract.

*Edward S. Clinch* for appellant.

*Benjamin N. Cardozo* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.